UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO Division

CIVIL RIGHTS COMPLAINT FORM

William Edward Bastin
#25020316

CASE NUMBER: _____
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Orange County Corrections Dept.
ET-AL
Officer Miller. (C.O.)

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right). Officer Miller. C/O

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Orange County Corrections,
(Indicate the name and location) P.O. Box 4970
Orlando, FL 32802

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                    1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                              2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( ) N/A

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )  N/A

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 30 day of December, 2025.

_William Edward [signature]_
Signature of Plaintiff

DC 225 (Rev. 9/03)                                                3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? Filed A "Request For Administrative Remedy" - Attached

2. What were the results? Unsubstantiated... Tried to "Appeal", O.C.C.D. will not even Take Greivance Appeal, Attached

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: No Respone To Appeal due To Jail Not Taking The Appeal To Process

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 30 day of December, 2025.

_William Edward Bay_
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): N/A N/A N/A

Defendant(s): N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge: N/A

5. Briefly describe the facts and basis of the lawsuit: N/A

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

7. Approximate filing date: N/A

8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)

5

N/A

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: William Edward Bastin

Mailing address: #25020316
P.O. Box 4970, Orlando, FL 32802

B. Additional Plaintiffs: _____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Officer Miller

Mailing Address: P.O. Box 4970
Orlando, FL 32802

Position: Corrections Officer

Employed at: Orange County Corrections Dept

D. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

DC 225 (Rev. 9/03)

6

E. Defendant: N/A

Mailing Address: 

Position: 

Employed at: N/A

F. Defendant: N/A

Mailing Address: 

Position: 

Employed at: 

G. Defendant: N/A

Mailing Address: 

Position: 

Employed at: 

DC 225 (Rev. 9/03)

7

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Excessive Punishments

* Cruel & Unusual Punishment Provide in The eighth Amendment To The U.S. Constitution

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

(#1) Officer Miller, Corrections Officer
(#2) March 6th, 2025 @ Apx 3:30 p.m.
(#3) Orange County Jail - BRC-3B (medical)
(#4) Was Forcefully handcuffed on (L) hand that had just had 3 surgeries on, then slammed on my face once handcuffed. Officer Miller was the officer in this incident.
(#5) Substain a Broken front tooth And damage To The hand (Left) That had just recieved surgery.

Statement of Facts, continued:

On March 6th, 2025 @ Apx 3:30 p.m., Officer Miller forcefully handcuffed me and slammed me to the ground on my face. This resulted in a broken front tooth and more damage to my left hand that I had just had surgery on. There was no reason to walk up to me and grab my left hand to be handcuffed. Sgt. Harrison (BRC) simply needed to speak to me reguarding a Request slip I had sent to him via Tablet.

This was done durring a Client/Attorney Interview in front of Devyn Nixon, Esq (witness) Sgt. Harrison had me accessed by a nurse for a "Use of Force" incident, although I was not written a D.R.

The officer's notes claim that I "tripped while being escorted" to Sgt. Harrison, but that is not true. Even if that was true, if I was being escorted, Officer Miller was responsible cuz if I'm in handcuffs — (1) Officer Miller (per policy) had to have his hand on me and/or (2), I was not in a position to be slammed because I was in handcuffs.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I Am Requested That my tooth be Replaced By An Outside Dentist paid For In Full by Orange County Corrections Dept. All Dentist Bills Be paid For my O.C.C.D. Also Request Compensation for Mental Anguish And Pain & Suffering.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 30 day of December, 2025.

William Edward Ba[...]
#25020316

_____
(Signatures of all Plaintiffs)

**ORANGE COUNTY CORRECTIONS DEPARTMENT**
**REQUEST FOR ADMINISTRATIVE REMEDY**

INMATE NAME: Bastin, William   JAIL NUMBER: 25005264
DATE OF BIRTH: Aug 15, 1981   FACILITY AND HOUSING UNIT: Main POD-E #10

Check One:   Original Grievance ☑   Grievance Appeal ☐   Disciplinary Appeal ☐

LIST THE DETAILS/CIRCUMSTANCES OF THE GRIEVANCE BELOW: PAGE 1 OF 2 - Grievance #1 (SEE Attached)

On March 6th, 2025 at Apx 3:30pm, Officer Miller forcefully handcuffed me which resulted in a chipped tooth as he slammed me onto the ground. I did nothing for him to handcuff me so brutly as the reason was Sarg Harrison only needed to speak to me about my request for protective custody. This grievance is about the uncalled for slamming me and my broken tooth. (A seprate grievance will be turned in with this one about the same officer Miller regarding the same incident, but another grievable matter) I was housed in BRC 3-B at the time. Then Sarg Harrison was informed by Officer Miller that there was a use of force resulting in Sarg Harrison getting the nurse to check me for injuries. On 3/11/25, the dentist herself noted the chipped tooth, which was not there during a previous dental sick call. On 3/11/25, while being escorted to X-ray, Officer Miller said "I don't know what you are talking about, no one touched you." Although my attorney can & will contest to-

DO NOT WRITE BELOW THIS LINE - ATTACH ADDITIONAL SHEETS AS NECESSARY

---

Grievance Category: _____
Receiving Staff Member First Initial/Last Name (Print Only): B. Harrison
Squad: A2   Date Received: 3-12-2025   Time Received: 1530

OCCD Form OP-12 Rev (01/19)

Scan to IMS
Original to Inmate

## REQUEST FOR Administrative Remedy

Remedy: * Orange County Correction pay All Dental Bills to fix my tooth Including, But Not limited to A Complete Replacement By An Outside Dentist due to the limited Services the jail provides (the dentist at the jail said the jail can't do much cause services are limited)

AND * Orange County Correction Sends me to An Outside Dentist to Recieve prompt care As this is extremely painful-

AND * Orange County Corrections pay Any & All bills for Any damages Officer Miller caused to the hand I was operated on (Left) that he damaged the newly implanted titanium.

AND * A suspension or At least A Formal Reprimand About his Actions including A Refresher Course on PROPER handling of A Inmate "My hand just had Surgery"!



# ORANGE COUNTY CORRECTIONS
## IMS023 - Grievance Report – Inmate Copy

**Inmate Name:** BASTIN, WILLIAM EDWARD
**Booking #:** 25005264
**Housing:**
**Grievance #:** 20250312019
**Action Taken:** UNSUBSTANTIATED
**Date Answered:** 3/27/2025
**Responding Staff ID:** VALDIVIA
**Notes:**
= Author: VALDIVIA
= Date: 3/27/2025 11:25:00
= Inmate: BASTIN, WILLIAM EDWARD
= Permanent Number: P00318799

After reviewing your grievance and the response submitted by the staff involved along with video footage, I am finding this grievance UNSUBSTANTIATED.

===============================================================================

*Formal Grievance Appeal Form Request*

# INMATE REQUEST FORM (PLEASE PRINT)   DATE 12, 20, 25

NAME **Bastin, William**        JAIL # **25020316**

DATE OF BIRTH **8/15/1981**  FACILITY **M-4-A**        CELL **17**

REQUEST: Please Provide me with a Formal Grievance to Appeal Grievance # 20250312019

★★★★★★★★★★★★★★★★★★★★★★★ **FOR STAFF USE ONLY** ★★★★★★★★★★★★★★★★★★★★★★★

RECEIVED BY: _____  DATE __/__/__   TIME __:__

[ ]—MEDICAL/DENTAL      [ ]—DOCKETS    [ ]—CHAPLAIN        [ ]—CLASSIFICATION
[ ]—WORK RELEASE        [ ]—STORE      [ ]—PROG. COORD.    [ ]—LAW LIBRARY
[ ]—HOME CONFINEMENT    [ ]—ADMIN      [ ]—MONEY ROOM      [ ]—MAIL ROOM
[ ]—PROBATION           [ ]—PROPERTY   [ ]—MENTAL HEALTH   [ ]—OTHER _____

COMPLETED BY: _____  DATE __/__/__   TIME __:__

INMATE _____ JAIL # _____ LOC. _____
ACTION TAKEN CONCERNING _____
_____
                                                                OVER:

BY: _____ DATE __/__/__

10-1144 (Rev. 7/01)

## TO RECEIVE A GRIEVANCE FORM, FILL OUT THIS FORM AND SUBMIT IT.

**YOUR MAILING ADDRESS**
**FACILITY NAME**
**YOUR NAME**
**JAIL # / CELL**
**P.O. BOX 4970**
**ORLANDO, FL 32802**

*Your release date will be provided to you when processed.*

**IF YOUR FAMILY NEEDS ARREST INFORMATION**
**407-836-3400**

| ORANGE COUNTY SOCIAL SERVICES 86 W. UNDERWOOD ST. ORLANDO, FL 32806 | WORK RELEASE CENTER 130 W. KALEY ST. ORLANDO, FL 32806 | OSCO (SHERIFF) P.O. BOX 1440 ORLANDO, FL 32809 | STATE PROBATION 400 W. ROBINSON ORLANDO, FL 32801 |
|---|---|---|---|
| HOME CONFINEMENT/ COUNTY PROBATION P.O. BOX 4970 ORLANDO, FL 32802 | PUBLIC DEFENDER 1 N. ORANGE AVE. ORLANDO, FL 32801 | STATE ATTORNEY P.O. BOX 1673 ORLANDO, FL 32802 | ORLANDO P.D. 100 S. HUGHEY ORLANDO, FL 32801 |

CONTINUATION: _____
_____
_____
_____
_____

PAGE 1 of 2

*APPEAL THAT OCCD WILL NOT PROCESS*

## ORANGE COUNTY CORRECTIONS DEPARTMENT
## REQUEST FOR ADMINISTRATIVE REMEDY

INMATE NAME: BASTIN, William   JAIL NUMBER: 25020316

DATE OF BIRTH: 8/15/1981   FACILITY AND HOUSING UNIT: M 9-A

---

Check One:   Original Grievance [ ]   Grievance Appeal [✓]   Disciplinary Appeal [ ]

LIST THE DETAILS/CIRCUMSTANCES OF THE GRIEVANCE BELOW:

This is an Appeal to the incident against officer Miller (Grievance 202503|2019). It's regarding a physical assault that happened in BRC-3B and regarded me substaining a broken front tooth. Sgt Harrison had me checked by medical staff due to Officer Miller admitting that there was a use of force. Staff could not have been interviewed, nor was my Public Defender. This assault happened durning a attorny-client interview with Devyn Nixon. Her written statement was not taken to vailadate my Greivance. The Use of Force was not needed and I do have an open civil case against Orange County Jail with Devyn Nixon as a creadable witness, and a lawsuit against Officer Miller to follow. The incident happened on 3/6/2025. *The reason for the delay in this Appeal is I never recieved a written copy of response. I finally got it the begining of December.*

DO NOT WRITE BELOW THIS LINE - ATTACH ADDITIONAL SHEETS AS NECESSARY

---

Grievance Category: _____

Receiving Staff Member First Initial/Last Name (Print Only): _____

Squad: _____ Date Received _____ Time Received: _____

OCCD Form OP-12 Rev (01/19)

Scan to IMS
Original to Inmate

# Request For Administrive Remedy
### cont from Page One

## REMEDY:

Relief I Am Asking for the same in the Original Grievance

* Sent to Outside dentist to have Tooth Replaced/Fixed at Orange County Corrections Departments Expensive

* All medical Bill Related to the damage of the Surgery that had to be Re-done due to Officer Miller's Abuse (on left hand)

* Officer Miller Fully Reprimanded, Suspended And/or loss of employment

William E. Bate
#25020316

* See Attachment (1)

Attachment 1



## ORANGE COUNTY CORRECTIONS
## IMS023 - Grievance Report – Inmate Copy

**Inmate Name:** BASTIN, WILLIAM EDWARD
**Booking #:** 25005264
**Housing:**
**Grievance #:** 20250312019
**Action Taken:** UNSUBSTANTIATED
**Date Answered:** 3/27/2025
**Responding Staff ID:** VALDIVIA
**Notes:**

= Author: VALDIVIA
= Date: 3/27/2025 11:25:00
= Inmate: BASTIN, WILLIAM EDWARD
= Permanent Number: P00318799

After reviewing your grievance and the response submitted by the staff involved along with video footage, I am finding this grievance UNSUBSTANTIATED.

===============================================================================