William Edward Bastin
#25020316
Orange County Corrections
P.O. Box 4970
Orlando, FL 32802

Clerks O[ffice]
United State[s]
George C. You[ng]
80 N. Hu[ghey]
Room [
Orlando

*Legal Mail*

...fice
...s District Court
... United States Courthouse
...key Avenue
...300
Florida 32801-9975



